**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ashley Applebee, | No. CV-20-00504-TUC-DCB |
| Plaintiff, | **ORDER** |
| v. | |
| ASARCO LLC, | |
| Defendant. | |

Plaintiff filed this Complaint on November 13, 2020. Plaintiff has failed to serve the Defendant. Pursuant to Fed. R. Civ. P. 4(m), the case is subject to dismissal for lack of service within 90 days. This case is also subject to dismissal for failure to prosecute under Rule 41.1 of the Rules of Practice of the United States District Court for the District of Arizona for lack of prosecution for six months or more.

**Accordingly**,

**IT IS ORDERED** that within 7 days of the filing date of this Order, the Plaintiff shall show cause in writing why this action should not be dismissed.

**IT IS FURTHER ORDERED** that in the event no cause is shown, this matter shall be dismissed without further notice to the Plaintiff.

Dated this 27th day of May, 2021.

Honorable David C. Bury
United States District Judge