MESCH CLARK ROTHSCHILD
259 North Meyer Avenue
Tucson, Arizona 85701
Phone: (520) 624-8886
Fax: (520) 798-1037
Email: jbarker@mcrazlaw.com

By: J. Emery Barker, SBN #1151
12236-2 / lmw

Attorneys for Plaintiff Ashley Applebee

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Ashley Applebee, individually and as Personal Representative for the Estate of Donald Joseph Applebee, Jr.,<br><br>Plaintiff,<br><br>vs.<br><br>ASARCO LLC,<br><br>Defendant. | No. 4:20-cv-00504-DCB<br><br>**NOTICE OF DISMISSAL**<br><br>(Hon. David C. Bury) |

Plaintiff, Ashley Applebee, by and through undersigned counsel, hereby notifies the Court that the Complaint in the above-entitled action shall be dismissed with prejudice. Defendant has not yet filed an answer or responsive pleading to the Complaint.

DATED: September 15, 2021

MESCH CLARK ROTHSCHILD

By: */s/ J. Emery Barker*
J. Emery Barker
*Counsel for Plaintiff*

28N8200.DOCX